**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

MICHAEL DETZKY ESQ.
DETZKY HUNTER AND DEFILLIPPO, LLC
45 COURT STREET
FREEHOLD NJ 07728
Phone 732-780-3090 | Fax 732-308-3866
Email MLDETZKY@DETZKYLAW.COM
ID NO. 012791978
ATTORNEY FOR DEBTOR

Order Filed on October 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Madeline Giovanetti

Case No: 19-16418-CMG

Chapter: 13

Hearing Date: 10/04/2023

Judge: Gravelle

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: October 6, 2023

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 797 Willow Road, Dover Twp NJ 08753-7807

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Quicken Loans Inc
b. Current Assignee: CIT
c. Current Servicer: LoanCare
d. Date of Mortgage/Lien: 02/02/2007
e. Date of Recordation: 03/07/2007
f. Place of Recordation: Ocean County Clerk's Office
   i. Mortgage Book: 13551
   ii. Page: 0388
g. Original Principal Balance of Mortgage/Lien: $ 100,500.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev. 12/1/17*