**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

MICHAEL DETZKY ESQ.
DETZKY HUNTER AND DEFILLIPPO, LLC
45 COURT STREET
FREEHOLD NJ 07728
Phone 732-780-3090 | Fax 732-308-3866
Email MLDETZKY@DETZKYLAW.COM
ID NO. 012791978
ATTORNEY FOR DEBTOR

Order Filed on October 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Madeline Giovanetti

Case No: 19-16418-CMG

Chapter: 13

Hearing Date: 10/04/2023

Judge: Gravelle

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

    The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 797 Willow Road, Dover Twp NJ 08753-7807

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Quicken Loans Inc
    b. Current Assignee: CIT
    c. Current Servicer: LoanCare
    d. Date of Mortgage/Lien: 02/02/2007
    e. Date of Recordation: 03/07/2007
    f. Place of Recordation: Ocean County Clerk's Office
        i. Mortgage Book: 13551
        ii. Page: 0388
    g. Original Principal Balance of Mortgage/Lien: $ 100,500.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-16418-CMG
Madeline Giovanetti  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Oct 06, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Madeline Giovanetti, 797 Willow Road, Toms River, NJ 08753-7807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Alexandra T. Garcia
     on behalf of Creditor LoanCare LLC as servicer for CIT Bank, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Denise E. Carlon
     on behalf of Creditor E*Trade Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

James French
     on behalf of Creditor LoanCare LLC as servicer for CIT Bank, N.A. jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Jenelle C Arnold
     on behalf of Creditor BANK OF AMERICA N.A. bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Kevin Gordon McDonald

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 06, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor E*Trade Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Michael Leonard Detzky

on behalf of Debtor Madeline Giovanetti mldetzky@hotmail.com  r40042@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8