**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Madeline Giovanetti**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6265<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16418–CMG | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Madeline Giovanetti

10/17/23                                                      **By the court:** Christine M. Gravelle
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-16418-CMG
Madeline Giovanetti   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Madeline Giovanetti, 797 Willow Road, Toms River, NJ 08753-7807 |
| 518292010 | + | CIT Bank, N.A., LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519982347 | | UMB Bank, National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 519982348 | | UMB Bank, National Association, PO Box 814609, Dallas, TX 75381-4609, UMB Bank, National Association, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518152460 | + | EDI: BANKAMER.COM | Oct 18 2023 00:46:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518152459 | + | EDI: BANKAMER.COM | Oct 18 2023 00:46:00 | Bank of America, Attn: Bankruptcy NC4-105-02-77, Po Box 26012, Greensboro, NC 27420-6012 |
| 518291985 | + | EDI: BANKAMER.COM | Oct 18 2023 00:46:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518195659 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 17 2023 20:57:00 | Bank of America, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518152461 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 17 2023 20:57:00 | E*Trade Bank, c/o Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 518191051 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 17 2023 20:56:00 | Greensky, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 518152462 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2023 20:56:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518152463 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 17 2023 20:57:00 | LoanCare, Attn: Bankruptcy, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518152464 | + | Email/Text: RASEBN@raslg.com | Oct 17 2023 20:56:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519293786 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 17 2023 20:57:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519293787 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 17 2023 20:57:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2023 | Form ID: 3180W | Total Noticed: 18 |

| 518266487 | + EDI: AIS.COM | | | |
|---|---|---|---|---|
| | | Oct 18 2023 00:47:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518290440 | *+ | E*Trade Bank, c/o Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Alexandra T. Garcia | on behalf of Creditor LoanCare LLC as servicer for CIT Bank, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor E*Trade Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James French | on behalf of Creditor LoanCare LLC as servicer for CIT Bank, N.A. jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Jenelle C Arnold | on behalf of Creditor BANK OF AMERICA N.A. bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor E*Trade Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael Leonard Detzky | on behalf of Debtor Madeline Giovanetti mldetzky@hotmail.com r40042@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8